# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUINN F. SCOTT, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **BIMBO BAKERIES, USA, INC., and** | : | |
| **BIMBO FOODS BAKERIES, INC.** | : | **No. 10-3154** |
| | : | |

## ORDER

**AND NOW**, this 4th day of February, 2014, upon consideration of the "Unopposed Motion for Approval of Collective Action Settlement" (Doc. No. 169) and "Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs" (Doc. No. 170), it is hereby **ORDERED** that a fairness hearing will be held on **Wednesday, February 26, 2014** at **2:00 p.m.** in Courtroom 4B.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**Mitchell S. Goldberg, J.**