IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUINN F. SCOTT, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **BIMBO BAKERIES, USA, INC., and** | : | |
| **BIMBO FOODS BAKERIES, INC.** | : | **No. 10-3154** |
| | : | |

# ORDER

**AND NOW**, this 6th day of February, 2014, upon consideration of the "Unopposed Motion for Approval of Collective Action Settlement" (Doc. No. 169) and "Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs" (Doc. No. 170), and upon receipt of correspondence from counsel requesting that the fairness hearing originally set for February 26, 2014 be rescheduled, it is hereby **ORDERED** that a fairness hearing will be held on **Wednesday, March 5, 2014** at **2:00 p.m.** in Courtroom 4B.

                                                                              **BY THE COURT:**

                                                                              **/s/ Mitchell S. Goldberg**
                                                                              **Mitchell S. Goldberg, J.**