IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINN F. SCOTT, RONALD SOCHACKI, WILLIAM J. DAVENPORT III, ROBERT DANDO, SR., KEVIN KAZORNOWICZ, On behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, Inc. and BIMBO FOODS BAKERIES, INC.,<br><br>Defendants. | Civil Action No. 10-3154 |

## ORDER

AND NOW, this 5 day of March, 2014, upon consideration of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs, and the Court being fully apprised of the facts, Plaintiffs' Motion is **GRANTED**.

BY THE COURT:

Mitchell S. Goldberg, J.