IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINN F. SCOTT, et al., | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : No. 10-3154 |
| BIMBO BAKERIES USA, INC., et al., | : |
| Defendants. | : |

### ORDER

**AND NOW,** this 15th day of December, 2015, upon consideration of Defendants' "Letter Brief Regarding Scope of Release by Bimbo Bakeries" (Doc. No. 181), which I will construe as a Motion to Enforce Settlement, and Plaintiff's "Letter Brief to have Current Claims Heard" (Doc. No. 182), and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- Defendants' Motion to Enforce Settlement (Doc. No. 181) is **DENIED**.

- Robert K. Dando, Jr.'s breach of contract case currently before The Honorable Noel L. Hillman of the District of New Jersey is not barred by Paragraph 1.18 of the Scott Settlement Agreement.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**